## KENNEY v. WALLACE.

If a writ of error lies at all to a decision of the judge of the superior court dissolving an attachment issued against a fraudulent debtor under sections 3297, 3298 of the code, it is an ordinary, not a "fast" writ. Consequently this case, if it can be entertained, is returnable to the next term.
Ordered, that it be entered on the docket of that term, to be properly disposed of in its order.
July 13, 1891.

Practice in the Supreme Court. Attachment.

The bill of exceptions was filed in the office of the clerk of the superior court on February 20. The present term of the Supreme Court began on March 2.

R. J. JORDAN, for plaintiff.
BROYLES & SONS, for defendant.